BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONICA WATTS<br>xxx-xx-xxx<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.   15-186 KJN<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from June 24, 2015, to July 24, 2015, with all other deadlines extended accordingly.   This extension is required because counsel will be out of the country when the brief is due.

// 

//

//

1

| | |
|---|---|
| Dated: June 22, 2015 | /s/ *Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 22, 2015 | Benjamin B. Wagner <br> United States Attorney |
| | Donna L. Calvert <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ Jennifer Lee Tarn <br> JENNIFER LEE TARN |
| | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated: June 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2