1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4  Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA WATTS<br>xxx-xx-xxx<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   15-186 KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from July 24, 2015, to July 28, 2015, with all other deadlines extended accordingly.  This short additional extension is required because counsel has to be out of the office on Friday, July 24, 2015, the day Ms. Watt's opening brief is due and will need additional time to complete the brief.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: July 23, 2015 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: July 24, 2015 | | Benjamin B. Wagner<br>United States Attorney |
| | | Donna L. Calvert<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | | /s/ Jennifer Lee Tarn<br>JENNIFER LEE TARN |
| | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   July 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2