BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| MONICA WATTS, | Case No.: 2:15-cv-186-KJN |
| | STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME |
| Plaintiff, | |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 28, 2015, to October 28, 2015.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload and needs additional time.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: September 25, 2015           /s   Bess M. Brewer_____
                                    (*as authorized via e-mail on September 25, 2015)
                                    BESS M. BREWER
                                    Attorney for Plaintiff


Dated: September 25, 2015           BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                            By:     /s/ Marcelo Illarmo
                                    MARCELO ILLARMO
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant



                                    ORDER


APPROVED AND SO ORDERED:


Dated:  September 29, 2015


                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE