BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA WATTS <br> xxx-xx-xxx <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SSA <br><br> Defendant. | Case No.   15-186 KJN <br><br> STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from November 18, 2015, to December 2, 2015, with all other deadlines extended accordingly.  This extension is required because of counsel's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 18, 2015 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |

Dated: November 18, 2015        Benjamin B. Wagner
                                United States Attorney

                                Donna L. Calvert
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ Marcelo Illarmo
                                MARCELO ILLARMO

                                Special Assistant United States Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   November 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE